IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| VALERIE MORAN | § | PLAINTIFF |
| | § | |
| v. | § | Civil Action No. 1:05CV259LG-RHW |
| | § | |
| EVERETT GILKERSON, ET AL. | § | DEFENDANTS |

### ORDER DISMISSING THE CITY OF BAY ST. LOUIS AND EDWARD A. FAVRE THE AS DEFENDANTS

BEFORE THE COURT is a joint Motion to Dismiss the City of Bay St. Louis and Edward A. Favre as Defendants in the above styled and captioned lawsuit filed pursuant to 42 U.S.C. § 1983. The parties having agreed upon such dismissal at the hearing conducted on May 30, 2006, the Court is of the opinion that the Motion is well taken, and should therefore be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED,** that the Joint Motion to Dismiss the City of Bay St. Louis and Edward A. Favre as Defendants filed June 5, 2006, [124-1] should be and is hereby **GRANTED.**

**IT IS FURTHER ORDERED AND ADJUDGED,** that the City of Bay St. Louis and Edward A. Favre are hereby dismissed with prejudice with each party to bear its own costs and attorneys' fees.

**SO ORDERED AND ADJUDGED** this the 6th day of June, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE